

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00874-CV

**CONTINENTAL MOTORS, INC.,**
Appellant

v.

**ENGINE COMPONENTS INTERNATIONAL, INC.,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11291
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's attorney filed an unopposed motion for access to a portion of the record that is sealed. Appellant's motion is GRANTED.

We direct the clerk of this court to provide a copy of the sealed record on CD-ROM to Appellant's attorney and Appellee's attorney. We ORDER Appellant, Appellee, and their attorneys to not share the contents of the sealed record with any person or entity except to the extent necessary to prepare the party's respective brief.

If a brief references the sealed record, we ORDER the party filing the brief to (1) file the brief in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (creating an exception to electronic filing for documents under seal).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court